| | |
|---|---|
| DEFENDANT: | LARRY RATHBONE |
| AGE/YOB: | 1969 |
| COMPLAINT FILED? | _____ Yes __x__ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | 18 U.S.C. § 1030(a)(2)(C) & 1030(c)(2)(B) (Accessing protected computer without authorization to obtain information) |
| LOCATION OF OFFENSE: | Denver and Jefferson Counties, Colorado |
| PENALTY: | NMT 5 years imprisonment, $250,000 fine, or both, NMT 3 years supervised release, $100 Special Assessment fee |
| AGENT: | Sean O'Brien<br>Agent, Colorado Bureau of Investigation |
| AUTHORIZED BY: | Patricia Davies<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will **not** seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is not applicable to this defendant.